1   MICHAEL J. STEINER (State Bar No. 112079)
    mjs@severon.com
2   REGINA J. MCCLENDON (State Bar No. 184669)
    rjm@severson.com
3   ERIK KEMP (State Bar No. 246196)
    ek@severson.com
4   SEVERSON & WERSON
    A Professional Corporation
5   One Embarcadero Center, Suite 2600
    San Francisco, CA  94111
6   Telephone:  (415) 398-3344
    Facsimile:  (415) 956-0439
7
    Attorneys for Defendants
8   DEUTSCHE BANK NATIONAL TRUST
    COMPANY and WELLS FARGO BANK,
9   N.A.

10                 UNITED STATES DISTRICT COURT

11         EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

12

13  ELVIN and PHYLLIS VALENZUELA,              Case No.:  1:08-cv-01179-OWW-SMS
    individually and on behalf of themselves and all
14  others similarly situated                  **STIPULATION AND  ORDER FOR
                                               FURTHER EXTENSION OF TIME TO
15              Plaintiffs,                     RESPOND TO PLAINTIFFS' COMPLAINT**

16         vs.

17  AMERICAN HOME MORTGAGE
    INVESTMENT TRUST 2005-2, AMERICAN
18  HOME MORTGAGE SECURITIES LLC,
    WELLS FARGO BANK, N.A., DEUTSCHE
19  BANK NATIONAL TRUST COMPANY and            Complaint Filed:      August 12, 2008
    DOES 1 through 10, inclusive,              Trial Date:           Not Set
20
                Defendants.
21

22         WHEREAS, plaintiffs Elvin and Phyllis Valenzuela filed a complaint on August 12, 2008,

23  which named Deutsche Bank National Trust Company and Wells Fargo Bank, N.A., among

24  others, as defendants (the "Defendants") in this action;

25         WHEREAS, the Defendants were served with plaintiffs' complaint on August 27, 2008,

26  thus making their respective responses due on September 16, 2008;

27

28

15288/0001/692383.1                            Stipulation for an Extension of Time to Respond to Complaint
                                               Case No.:  1:08-cv-01179-OWW-SMS

PDF created with pdfFactory trial version www.pdffactory.com

1   WHEREAS, Local Rule 6-144(a) of the United States District Court for the Eastern

2   District of California provides that the parties may stipulate to extend the time for responding to a

3   complaint for more than 30 days with leave of Court;

4   IT IS HEREBY STIPULATED by and between the Valenzuelas, on the one hand, and the

5   Defendants, on the other, through their respective counsel of record herein, that the Defendants

6   may have a 31-day extension of time to answer, move, or otherwise respond to the complaint, to

7   and including October 17, 2008.  The parties previously stipulated to an extension until October

8   10, 2008.

9   This extension of time will not alter the date of any event or deadline already fixed by

10  Court order.

11  IT IS SO STIPULATED.

12  DATED:  October 10, 2008                SEVERSON & WERSON
                                            A Professional Corporation
13

14

15                                          By: _____/s/___Regina J. McClendon_____
                                                        Regina J. McClendon

16                                          Attorneys for Defendants
                                            DEUTSCHE BANK NATIONAL TRUST
17                                          COMPANY and WELLS FARGO BANK, N.A.

18  DATED:  October 10, 2008                DREIER LLP

19

20

21                                          By: _____/s/__Lee A. Weiss_____
                                                        Lee A. Weiss

22                                          Attorneys for Plaintiffs
                                            ELVIN and PHYLLIS VALENZUELA
23

24
                                            **ORDER**
25

    IT IS SO ORDERED.
26

    Dated:  _10/10/2008_              /s/ Sandra M. Snyder_____
27                                    SANDRA M. SNYDER, United States Magistrate Judge

28

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com