# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ELVIN and PHYLLIS VALENZUELA, individually and on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN HOME MORTGAGE INVESTMENT TRUST 2005-2, AMERICAN HOME MORTGAGE SECURITIES LLC, WELLS FARGO BANK, N.A., DEUTSCHE BANK NATIONAL TRUST COMPANY and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 1:08-cv-01179-OWW-SMS <br><br> **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIFTH AND SIXTH CAUSES OF ACTION WITHOUT LEAVE TO AMEND** <br><br> Courtroom:  3 <br> Judge:  Oliver W. Wanger <br> Complaint Filed:  August 12, 2008 <br> Trial Date:  Not Set |

The motion of defendants Wells Fargo Bank, N.A., Deutsche Bank National Trust Company ("Deutsche Bank"), and American Home Mortgage Investment Trust 2005-2 ("AHMI Trust," collectively, "Defendants") to dismiss the fifth and sixth causes of action in plaintiffs Elvin and Phyllis Valenzuela's complaint came on for hearing on March 16, 2009.  After consideration of the papers filed by the parties and the arguments of counsel at the hearing, and for the reasons set forth in the Court's Memorandum Decision Granting Defendants' Motion, dated March 30, 2009 (Docket No. 42), and good cause appearing,

IT IS HEREBY ORDERED THAT Defendants' motion to dismiss is granted and that the fifth and sixth causes of action in plaintiffs' complaint are dismissed without leave to amend;

IT IS FURTHER ORDERED THAT Deutsche Bank and AHMI Trust shall file an answer to the remainder of plaintiffs' complaint within 10 days.

IT IS SO ORDERED.


DATED:  April 10, 2009


/s/ OLIVER W. WANGER
Hon. Oliver W. Wanger
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com