1 | Lee A. Weiss (admitted *pro hac vice*)
lweiss@bwgfirm.com
2 | Rebecca Tingey (admitted *pro hac vice*)
rtingey@bwgfirm.com
3 | **BROWNE WOODS GEORGE LLP**
49 West 37th Street, 15th Floor
4 | New York, NY 10018
Telephone: 212.354.4901
5 | Facsimile: 212.354.4904

6 |
David M. Arbogast (SBN 167571)
7 | darbogast@law111.com
Jeffrey K. Berns (SBN 131351)
8 | jberns@law111.com
**ARBOGAST & BERNS LLP**
9 | 19510 Ventura Boulevard, Suite 200
Tarzana, CA 91356
10 | Telephone: 818.961.2000
Facsimile: 818.654.5988

11 |
Attorneys for Plaintiffs and all others similarly
12 | situated

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ELVIN VALENZUELA and PHYLLIS VALENZUELA, individually and on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br><br>v.<br><br>AMERICAN HOME MORTGAGE INVESTMENT TRUST 2005-2, AMERICAN HOME MORTGAGE SECURITIES LLC, WELLS FARGO BANK, N.A., DEUTSCHE BANK NATIONAL TRUST COMPANY and DOES 1 through 10, inclusive,<br><br>                              Defendants. | Case No. 08-CV-01179-OWW-SMS<br><br>**ORDER RE JOINT STIPULATION ADJUSTING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

The Court having considered the parties' Joint Stipulation re Adjusting Briefing Schedule for Plaintiffs' Motion for Class Certification, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the parties' Joint Stipulation is GRANTED.

IT IS FURTHER ORDERED THAT:

1. Plaintiffs' motion for class certification will be filed on or before September 23, 2009;

2. Defendants' opposition to class certification will be filed on or before October 21, 2009; and

3. The deadline for Plaintiffs' reply brief in further support of class certification (November 12, 2009) and the class certification hearing date (December 7, 2009) are unchanged.

DATED: August 18, 2009

/s/ OLIVER W. WANGER
HON. OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE