UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ELVIN and PHYLLIS VALENZUELA, individually and on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HOME MORTGAGE INVESTMENT TRUST 2005-2, AMERICAN HOME MORTGAGE SECURITIES LLC, WELLS FARGO BANK, N.A., DEUTSCHE BANK NATIONAL TRUST COMPANY and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 1:08-cv-01179-OWW-SMS<br><br>**ORDER ON DEFENDANTS' OBJECTION TO PLAINTIFFS' REPLY OR, IN THE ALTERNATIVE, APPLICATION FOR LEAVE TO FILE A SURREPLY**<br><br>Courtroom:   3<br>Judge:          Oliver W. Wanger<br><br>Complaint Filed:   August 12, 2008<br>Trial Date:              Not Set |

On September 19, 2009, plaintiffs Elvin and Phyllis Valenzuela filed a reply in support of their *ex parte* application for an extension on the class certification briefing schedule.  Having considered Defendants Deutsche Bank National Trust Company, as Trustee and American Home Mortgage Investment Trust 2005-2's objection to plaintiffs' reply or, in the alternative, application for leave to file a surreply, and good cause appearing, IT IS HEREBY ORDERED:

Defendants are granted leave to file a surreply to Plaintiffs' reply papers.  The Court will consider both Plaintiffs' reply papers and Defendants' proposed surreply papers filed with their objection and ex parte application.

IT IS SO ORDERED.

DATED: <u>September 28, 2009</u>

                                            /s/ OLIVER W. WANGER
                                            Hon. Oliver W. Wanger
                                            United States District Court Judge