UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ELVIN and PHYLLIS VALENZUELA, individually and on behalf of themselves and all others similarly situated<br><br>                    Plaintiffs,<br><br>          vs.<br><br>AMERICAN HOME MORTGAGE INVESTMENT TRUST 2005-2, AMERICAN HOME MORTGAGE SECURITIES LLC, WELLS FARGO BANK, N.A., DEUTSCHE BANK NATIONAL TRUST COMPANY and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No.: 1:08-cv-01179-OWW-SMS<br><br>**ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION FOR LEAVE TO FILE AN EXTENDED OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Courtroom:       3<br>Judge:       Oliver W. Wanger<br><br>Complaint Filed:   August 12, 2008<br>Trial Date:       Not Set |

Having considered defendants Deutsche Bank National Trust Company, as Trust and American Home Mortgage Investment Trust 2005-2's ("Defendants") *ex parte* motion for leave to file an extended opposition to plaintiffs Elvin and Phyllis Valenzuela's motion for class certification, and good cause appearing,

IT IS HEREBY ORDERED THAT Defendants may file a memorandum in opposition to plaintiffs' motion for class certification not to exceed 35 pages.

IT IS FURTHER ORDERED THAT Plaintiffs may file a reply memorandum not to exceed 15 pages.

IT IS SO ORDERED.


DATED:  December 22, 2009

                              /s/ OLIVER W. WANGER
                              United States District Court Judge