MICHAEL J. STEINER (State Bar No. 112079)
mjs@severson.com
REGINA J. McCLENDON (State Bar No. 184669)
rjm@severson.com
ERIK KEMP (State Bar No. 246196)
ek@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendants
DEUTSCHE BANK NATIONAL TRUST
COMPANY, as Indenture Trustee of the
American Home Mortgage Investment Trust
2005-2, and AMERICAN HOME MORTGAGE
INVESTMENT TRUST 2005-2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ELVIN and PHYLLIS VALENZUELA, individually and on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>[<br>AMERICAN HOME MORTGAGE INVESTMENT TRUST 2005-2, AMERICAN HOME MORTGAGE SECURITIES LLC, WELLS FARGO BANK, N.A., DEUTSCHE BANK NATIONAL TRUST COMPANY and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 1:08-cv-01179-OWW-SMS<br><br>**ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P., Rule 41(a)]<br><br>Complaint Filed:   August 12, 2008<br>Trial Date:            Not Set |

Pursuant to Federal Rule of Civil Procedure 41(a)(1) Plaintiffs Elvin & Phyllis Valenzuela and Defendants American Home Mortgage Investment Trust 2005-2 and Deutsche Bank National Trust Company have filed a Stipulation for Dismissal of Entire Action with Prejudice.

///

///

15288/0001/784786.1

**[PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to that Stipulation, and good cause appearing, this action is hereby dismissed with prejudice as to the Plaintiffs' individual claims and dismissed without prejudice as to the claims of the putative, uncertified class.

IT IS SO ORDERED.

DATED: January 26, 2010

/s/ OLIVER W. WANGER
UNITED STATES SENIOR DISTRICT COURT JUDGE